# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**  Federal Building & Courthouse
Clerk  15 Henry Street
  Binghamton NY 13901
**JOHN M. DOMURAD**  (607) 773-2893
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

February 10, 2012

Clerk, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Jeremy Zielinski vs. Joanne M. Defreest, et al
CASE NO.  6:11-CV-1350(TJM/DEP)

Dear Clerk:

Pursuant to the Order of the Hon. THOMAS J. MCAVOY, United States District Judge, filed January 30, 2012, in the above-entitled action, I enclose herewith certified copies of the Order of Transfer and the Docket Sheet.

All other documents filed in this case are now available electronically. You may access the electronic documents through the Court's website: http://ecf.nynd.uscourts.gov.

Please acknowledge receipt of the above-mentioned papers on the enclosed copy of this letter and return to the above office address.   Thank you.

Very Truly Yours,

LAWRENCE K. BAERMAN, CLERK

By: s/   S. Potter, Deputy Clerk

Encs.