# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [LIVE – Version 5.0.3]
# (Utica)
## CIVIL DOCKET FOR CASE #: 6:11–cv–01350–TJM–DEP

Zielinski v. Defreest et al  
Assigned to: Senior Judge Thomas J. McAvoy  
Referred to: Magistrate Judge David E. Peebles  
Demand: $750,000  
Cause: 28:1331 Federal Question: Bivens Act  

Date Filed: 11/16/2011  
Date Terminated: 01/30/2012  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Jeremy Zielinski**  represented by  **Jeremy Zielinski**  
P.O. Box 231  
Hagaman, NY 12086  
PRO SE  

V.

**Defendant**

**Joanne M. Defreest**  
*U.S. Probation Officer for the Northern District of New York*

**Defendant**

**Christopher McNeill**  
*Supervising U.S. Probation Officer for the Northern District of New York*

**Defendant**

**Christine M. Connolly**  
*Assistant Deputy Chief U.S. Probation Officer for the Northern District of New York*

**Defendant**

**Jay P. Driscoll**  
*Supervising U.S. Probation Officer for the Northern District of New York*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2011 | 1 | COMPLAINT with Jury Demand against Christine M. Connolly, Joanne M. Defreest, Jay P. Driscoll, Christopher McNeill filed by Jeremy Zielinski. (Attachments: # 1 Civil Cover Sheet, # 2 Cover Letter)(mgh) (Entered: 11/16/2011) |
| 11/16/2011 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Jeremy Zielinski. Motions referred to David E. Peebles. (mgh) (Entered: 11/16/2011) |

| | | |
|---|---|---|
| 11/16/2011 | 3 | PRO SE HANDBOOK and NOTICE issued and explained at time complaint was filed. (mgh) (Entered: 11/16/2011) |
| 12/12/2011 | 4 | DECISION AND ORDER: It is ORDERED that plaintiff's #2 application to proceed in forma pauperis is DENIED without prejudice; and plaintiff is to either pay the $350.00 filing fee or submit a renewed ifp application within 30 days of the date of this order. Further ORDERED that upon compliance with the filing fee requirement, the clerk shall forward the file to the Court for further review; and if plaintiff fails to timely comply with this Decision and Order, the Court will issue a report and recommendation to District Judge David N. Hurd recommending dismissal of the action. Signed by Magistrate Judge David E. Peebles on 12/12/2011. {Order served upon pro se plaintiff via regular mail} (mae) (Entered: 12/12/2011) |
| 12/13/2011 | | Set Deadlines: Notice of Compliance Deadline set to 1/11/2012. (mae) (Entered: 12/13/2011) |
| 12/20/2011 | | TEXT ORDER REASSIGNING CASE. Case reassigned to Senior Judge Thomas J. McAvoy for all further proceedings. Judge David N. Hurd no longer assigned to case. Signed by Judge David N. Hurd on 12/20/2011. (see) (Entered: 12/20/2011) |
| 12/20/2011 | | Clerk mailed a copy of the 12/20/2011 Text Order Reassigning Case to pltf on 12/20/2011 by regular mail. (see) (Entered: 12/20/2011) |
| 01/03/2012 | | Civil Case Filing Fee Received: $ 350.00, receipt number ALB007029 (mgh) (Entered: 01/04/2012) |
| 01/03/2012 | 5 | Summons Issued as to Christine M. Connolly, Joanne M. Defreest, Jay P. Driscoll, Christopher McNeill. (Attachments: #1 Summons Issued as to Christopher McNeill, #2 Summons Issued as to Christine Connolly, #3 Summons Issued as to Jay P. Driscoll)(mgh) (Entered: 01/04/2012) |
| 01/03/2012 | 6 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 5/4/2012 11:30 AM in Binghamton before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 4/20/2012. (mgh) (Entered: 01/04/2012) |
| 01/17/2012 | 7 | SUMMONS Returned Executed by Jeremy Zielinski: Christine M. Connolly served on 1/5/2012, answer due 1/26/2012; Joanne M. Defreest served on 1/5/2012, answer due 1/26/2012; Jay P. Driscoll served on 1/5/2012, answer due 1/26/2012; Christopher McNeill served on 1/5/2012, answer due 1/26/2012. (sg ) (Entered: 01/17/2012) |
| 01/30/2012 | 8 | DECISION AND ORDER TRANSFERRING CASE to District of SDNY. Signed by Senior Judge Thomas J. McAvoy on 1/30/12. [Served by mail.](sfp, ) (Entered: 01/30/2012) |
| 02/10/2012 | 9 | COURT NOTICE transferring case in compliance with Court's 8 Order Transferring Case. (sfp, ) (Entered: 02/10/2012) |